THE STATE OF OHIO, APPELLEE, *v*. COLLINS, APPELLANT.

[Cite as *State v. Collins,* 132 Ohio St.3d 127, 2012-Ohio-2576.]

*Discretionary appeal accepted, court of appeals' judgment reversed, and cause remanded for application of* State v. Smith.

(No. 2012-0427—Submitted June 6, 2012—Decided June 13, 2012.)

APPEAL from the Court of Appeals for Warren County, No. CA2011-08-083.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of our decision in *State v. Smith,* 131 Ohio St.3d 297, 2012-Ohio-781, 964 N.E.2d 423.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Bradley Collins, pro se.

_____